IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICARDO PEREZ-TOLEDO,** | : | CIVIL ACTION NO. 3:19-CV-456 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **ROBERT MARSH**, | : | |
| Respondent | : | |

# **ORDER**

AND NOW, this 21st day of April, 2021, upon consideration of the petition for writ of habeas corpus, (Doc. 1), and in accordance with the memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED without prejudice as untimely.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania